JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BETANCOURT-MARTINEZ,<br>Petitioner,<br>v.<br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br>Respondent. | Case No. 5:26-cv-02542-KES<br><br>**JUDGMENT** |

Pursuant to the Court's June 12, 2026 Order Granting the Petition in Part, Ordering Petitioner's Release from Custody, and Ordering Respondent to File a Sur-Reply, as well as the Court's September 22, 2026 Order Granting the Petition in Part and Ordering Prospective Injunctive Relief,

IT IS ADJUDGED that Grounds 1, 3, 4 and 5 of the Petition are granted, and Ground 2 is dismissed as moot.

DATED: September 22, 2026

Karen E. Scott
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE